# Court of Appeals
# of the State of Georgia

ATLANTA,    November 10, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0546. ANTONIO ROBINSON v. CLERK OF SUPERIOR COURT et al.**

The Supreme Court dismissed Antonio Robinson's appeal of the trial court's order denying the filing of his mandamus petition. Due to a clerical error, the appeal was then transferred to and docketed in this Court. Accordingly, this appeal is hereby REMOVED from our docket and RETURNED to the Supreme Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   11/10/2016
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                    *Stephen E. Castlen*        *, Clerk.*